UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLUORDX LLC,<br><br>                           Plaintiff,<br><br>v.<br><br>QUIDEL CORPORATION,<br><br>                          Defendant. | Case No.: 19-CV-1998 JLS (JLB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE**<br><br>(ECF No. 27) |

      Presently before the Court is the Parties' Joint Motion for Dismissal with Prejudice (ECF No. 27).  Good cause appearing, the Court **GRANTS** the Joint Motion.  As stipulated by the Parties, the Court **DISMISSES WITH PREJUDICE** the action in its entirety, with each Party to bear its own costs and attorney's fees.  The Clerk of Court will close the file.

      **IT IS SO ORDERED.**

Dated: November 18, 2020

                                                        Hon. Janis L. Sammartino
                                                        United States District Judge